MARONEL BARAJAS (SBN 242044)
  MB@barajasriveralaw.com
ANNA RIVERA (SBN 239601)
  AR@barajasriveralaw.com
**BARAJAS & RIVERA, APC**
1440 N. Harbor Blvd., Ste 900
Fullerton, CA 92385
Tel./Fax: (714) 443-0096

*Attorneys for Plaintiff Sunjay Smith*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNJAY SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED MEDICAL IMAGING, INC.; UNITED MEDICAL IMAGING HEALTHCARE, INC., and DOES 1-10, Inclusive <br><br> Defendants | Case No. 2:24-cv-02149 MWC (AS) <br><br> [Assigned to the Honorable Michelle Williams Court, Courtroom 6A] <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **[Fed.R.Civ. 41(a)(2)]** <br><br> [Proposed] Order filed concurrently herewith |

PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL

1  WHEREAS, Plaintiff Sunjay Smith ("Plaintiff") and Defendants United Medical Imaging, Inc.; United Medical Imaging Healthcare, Inc. ("Defendants") (collectively "the Parties") have reached a final settlement agreement in the above-captioned case;

WHEREAS, the Parties' settlement calls for, among other things, the dismissal of the instant action with prejudice;

NOW THEREFORE, pursuant to the Parties' settlement agreement, Plaintiff respectfully request that the instant matter be voluntarily dismissed with prejudice.

DATED: March 31, 2025         **BARAJAS & RIVERA, APC**

/s/ Anna Rivera
--------------
Anna Rivera
Maronel Barajas
Attorneys for Plaintiff Sunjay Smith

PLAINTIFF'S REQUEST FOR DISMISSAL
1