JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUNJAY SMITH,

                    Plaintiff,

      vs.

UNITED MEDICAL IMAGING, INC.;
UNITED MEDICAL IMAGING
HEALTHCARE, INC., and DOES 1-10,
Inclusive

                Defendants

Case No. 2:24-cv-02149 MWC (AS)

**ORDER GRANTING
PLAINTIFF'S REQUEST FOR
DISMISSAL OF ACTION WITH
PREJUDICE (DKT. 30)**

1

2    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the

3    parties' final settlement agreement in the above-captioned case, Plaintiff Sunjay

4

5    Smith ("Plaintiff") has requested to dismiss the instant matter with prejudice.

6    For good cause shown, and in accordance with Plaintiff's request, the Court

7    hereby dismisses this action, *Sunjay Smith v. United Medical Imaging Inc. et al*,

8

9    USDC Case Number 2:24-cv-02149 MWC (AS).

10

11

12    **IT IS SO ORDERED.**

13

14    DATED: April 1, 2025    _____

15                                                        HON. MICHELLE WILLIAMS COURT
                                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1